1  DAVIS WRIGHT TREMAINE LLP
   865 S. FIGUEROA ST.
2  SUITE 2400
   LOS ANGELES, CALIFORNIA 90017-2566
3  TELEPHONE (213) 633-6800
   FAX (213) 633-6899
4
5  MARY H. HAAS (State Bar No. 149770)
   maryhaas@dwt.com
6  KAREN A. HENRY (State Bar No. 229707)
   karenhenry@dwt.com
7
   Attorneys for Plaintiff
8  ALLIED IRISH BANKS, P.L.C.

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIED IRISH BANKS, P.L.C., a corporation incorporated under the laws of the Republic of Ireland,<br><br>            Plaintiff,<br><br>    vs.<br><br>R2D2, LLC, a California limited liability company,<br><br>            Defendants. | Case No. **CV 08-8527 RSWL (FMOx)**<br><br>**STIPULATED JUDGMENT** |

STIPULATED JUDGMENT
DWT 13212442v5 0088805-000001

i

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**STIPULATED JUDGMENT**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, based on the evidence submitted to this Court, including the terms of their Stipulation for Entry of Judgment ("the Stipulation"), judgment shall be entered in favor of plaintiff Allied Irish Banks, P.L.C. ("AIB"), and against defendant R2D2, LLC in the above-captioned matter, entitled *Allied Irish Banks, P.L.C. v. R2D2, LLC,* United States District Court for the Central District of California Case No. CV08-8527 RSWL (FMOx).

Judgment shall be entered as against R2D2, LLC as follows:

1. In the amount of $1,200,000, pursuant to the Stipulation; plus

3. Costs and reasonable attorneys' fees incurred by AIB in enforcing this Judgment. The amount of such costs and fees incurred after entry of Judgment shall be determined by the Court upon application by AIB; plus

4. Interest on the amount of the Judgment set forth in item 1, above, at the rate of ten (10%) percent per annum from the date of entry of this judgment until paid.

Date: January 8, 2010

*Ronald S.W. Lew*

Honorable Ronald S.W. Lew
Senior, U.S. District Court Judge

ii

STIPULATED JUDGMENT
DWT 13212442v5 0088805-000001

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899